to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of the Plan of Readjustment, etc., of the Rights of the Holders of Investments of Each of 225 Issues of LAWYERS MORTGAGE COMPANY. In the Matter of the Application of BRENTMORE ESTATES, INC., Joined in by the MORTGAGE COMMISSION OF THE STATE OF NEW YORK and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS MORTGAGE COMPANY, for an Order Eliminating the Provisions Providing for a Pro Tanto Reduction of the Liability of LAWYERS MORTGAGE COMPANY, etc. RICHARD M. HURD, as Stockholders' Manager and a Reorganization Manager under the Plan of Reorganization, etc., and CREDITORS REORGANIZATION MANAGERS OF LAWYERS MORTGAGE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of the Plan of Readjustment, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

## (May 9, 1941.)

THE FIFTH AVENUE BANK OF NEW YORK and WILLIAM H. C. PLETZ, as Trustees under the Last Will and Testament of WILLIAM J. DANIEL, Deceased, Respondents, v. EDGERTON PARK COMPANY, INC., and Others, Defendants, Impleaded with IRENE C. McCORMACK and Others, as Executors of and Trustees under the Last Will and Testament of PHILIP J. CURRY, Deceased, Appellants.

PER CURIAM. In the circumstances of this case, the valuation of the vacant plot should not have been fixed at $12,000, which was $4,000 below the assessed valuation for the year 1937. We think that the fair and reasonable market value of the mortgaged premises as of the date of sale was $95,000 for the improved corner parcel and $16,000 for the vacant lot, or a total of $111,000.

The judgment and order should accordingly be modified by reducing the amount of the deficiency by the sum of $4,000, with interest from March 24, 1937, and as so modified affirmed, with costs to appellants.

Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; O'Malley and Untermyer, JJ., dissent and vote to affirm.

Judgment and order modified by reducing the amount of the deficiency by the sum of $4,000, with interest from March 24, 1937, and as so modified affirmed, with costs to the appellants. Settle order on notice.